# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN NORRIS, | Case No. CV 12-8434 FMO (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| DEPARTMENT OF MOTOR VEHICLES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: August 30, 2013

/s/
FERNANDO M. OLGUIN
United States District Judge